UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FALKENSTEIN, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>SHIPCO TRANSPORT, INC., a New Jersey corporation, et al.,<br><br>Defendant(s). / | No. C V-13-3605 (MEJ)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 13, 2013

Signature /s/ David J. Cook

Counsel for Plaintiff (SBN 060859)
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

ROBERT G. CAMPBELL
COX, CASTLE & NICHOLSON LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90067-3284
Fax: (310) 284-2100

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

on the above-named person(s) by:

__XXX__ Via the court's ECF notification system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2013.

        /s/ Karene Jen
          Karene Jen