1  COX, CASTLE & NICHOLSON LLP
Robert G. Campbell (State Bar No. 104274)
2  Perry D. Mocciaro (State Bar No. 66892)
2049 Century Park East, 28th Floor
3  Los Angeles, CA  90067-3284
Telephone:  (310) 284-2200
4  Facsimile:  (310) 284-2100
Email:  rcampbell@coxcastle.com,
5  pmocciaro@coxcastle.com

6  Attorneys for Defendant
SHIPCO TRANSPORT, INC.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12                                          Case No.  13-cv-03605 WHO
                                            Hon. William H. Orrick
13  JOHN FALKENSTEIN, an individual

14                                          ORDER AMENDING
          Plaintiff,                        ADR ORDER [3] AND CASE
15                                          MANAGEMENT ORDER [9] TO
          vs.                               CONTINUE DEADLINES PENDING
16                                          OCTOBER 23 HEARING
   SHIPCO TRANSPORT, INC., a New Jersey     ON MOTION TO CHANGE VENUE
17  corporation, et al.,

18          Defendants.                     Case Filed:        August 2, 2013
                                            Trial Date:        None set
19

20

21

22

23

24

25

26

27

28

1

2          Pursuant to the stipulation of the parties and good cause appearing, the Court

3    hereby orders that the ADR, discovery and case management deadlines set forth in the

4    August 2, 2013 Order Setting Initial Case Management Conference and ADR Deadlines [3] (the

5    "ADR Order") and the August 20, 2013 Case Management Conference Order [9] (the "Case

6    Management Order") are continued, as set forth below:

7

8          A.      The ADR Order deadlines originally set as follows:

9                  1.      October 10, 2013: Last Day to:

10                         •      Meet and Confer re Initial Disclosures, early settlement,

11                                ADR process selection and discovery plan.

12                         •      File Signed ADR Certification.

13                         •      File either Stipulation to ADR Process or Notice of Need

14                                for ADR Phone Conference and

15                 2.      October 24, 2013: Last Day to file Rule 26(f) Report and complete

16                         initial disclosures or state objections in Rule 26(f) Report.

17

18         Are hereby continued to the following dates:

19                 1.      **November 21, 2013**: Last Day to:

20                         •      Meet and Confer re Initial Disclosures, early settlement,

21                                ADR process selection and discovery plan.

22                         •      File Signed ADR Certification.

23                         •      File either Stipulation to ADR Process or Notice of Need

24                                for ADR Phone Conference

25                 2.      **December 5, 2013**: Last Day to file Rule 26(f) Report and complete

26                         initial disclosures or state objections in Rule 26(f) Report.

27

28

1    B.    The Case Management Order deadlines originally set as follows:

2         1.    Before October 29, 2013: Meet and confer.

3         2.    October 29, 2013: Last Day to file Case Management Statement in

4               compliance with Local Rules and Standing Order for All Judges.

5         3.    November 5, 2013, 2:00 p.m.: Initial Case Management Conference.

6

7         Are hereby continued to the following dates:

8         1.    Before December 10, 2013: Meet and confer.

9         2.    **December 10, 2013**: Last Day to file Case Management Statement

10              in compliance with Local Rules and Standing Order for All Judges.

11        3.    **December 17, 2013, 2:00 p.m.**: Initial Case Management

12              Conference.

13

14

15  Date: October _7_, 2013                By: _____

16                                              Hon. William H. Orrick
                                                United States District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28